IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH C. SNIDER, Individually :
and as Executrix of the Estate of : CIVIL ACTION
DANIEL A. SNIDER, and :
LEE W. SNIDER, a minor, by his :
mother, ELIZABETH C. SNIDER : NO. 13-CV-2949
:
vs. :
:
STERLING AIRWAYS, INC., et. al. :
:
vs. :
:
THE UNITED STATES OF AMERICA :

**ORDER**

    AND NOW, this 3rd day of August, 2016, upon consideration of the United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, for Summary Judgment (Doc. No. 122) and Continental Motors, Inc.'s Response in Opposition thereto, it is hereby ORDERED THAT THE Motion to Dismiss is GRANTED and the third-party claims asserted by Continental Motors, Inc., Teledyne Technologies Incorporated, TDY Industries, Inc., Allegheny Technologies Incorporated and Technify Motors (USA), Inc. against the United States are DISMISSED with prejudice for the reasons articulated in the

preceding Memorandum Opinion.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,     J.