# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| ELIZABETH C. SNIDER, Individually and as Executrix of the Estate of DANIEL A. SNIDER, and LEE W. SNIDER, a minor, by his mother, ELIZABETH C. SNIDER, | : : : : : : CIVIL ACTION : |
| *Plaintiffs*, | : No. 2:13-cv-02949-JCJ |
| v. | : |
| STERLING AIRWAYS, INC., *et al.*, | : |
| *Defendants*. | : |

## CURATIVE INSTRUCTION ON NON-ECONOMIC DAMAGES

Continental Motors, Inc. moves for a curative instruction to ameliorate statements made by plaintiffs' counsel in closing argument in violation of this Court's rulings. Pursuant to Pennsylvania law, the Court held yesterday that plaintiffs cannot recover non-economic damages for grief or emotional loss experienced by Elizabeth or Lee Snider. (2/14/17 at 3:6-10). In clear violation of that ruling, plaintiffs' counsel then argued to the jury:

> But then there's non-economic damages, which includes everything that goes into the **hurt and the pain and the loss from an emotional standpoint**, to when a woman like Liz loses a partner that's extraordinarily hard.

(*Id*. at 81:4-8 (emphasis added)). Accordingly, CMI requests that the following curative language be incorporated into the Court's jury instruction on damages:

> *No matter what you heard from counsel in closing arguments, you must limit non-economic damages to those specified in this instruction. To clarify, you may not award a wife*

*and child any damages for emotional anguish and grief suffered from the loss of a husband and father because such damages are not available under Pennsylvania law.*

Respectfully Submitted,

By:

<u>*Leigh Woodruff*</u>
Will S. Skinner (admitted pro hac vice)
Leigh Woodruff (Pa. I.D. 86684)
Skinner Law Group
21600 Oxnard Street, Suite 1760
Woodland Hills, CA 91367
(818) 710-7709
skinner@skinnerlawgroup.com
woodruff@skinnerlawgroup.com


Laurie Alberts Salita (Pa. I.D. 87884)
Jacobs Law Group, P.C.
One Commerce Sq.
2005 Market Street, Suite 1120
Philadelphia, PA 19103
(215) 569-9701
lsalita@jacobslawpc.com

*Counsel for Continental Motors, Inc.*

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on this date I caused a true and correct copy of the foregoing *CURATIVE INSTRUCTION ON NON-ECONOMIC DAMAGES* to be filed via the Official Court Electronic Document Filing System, and that said documents are therefore available for viewing and downloading from the ECF system.  By virtue of this filing, service is complete upon receipt of the Court's e-mail notification of the Notice of Electronic Filing for the following Electronic Case Filing Users:

John R. Merinar, Esq.
Allison B. Williams, Esq.
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
jack.merinar@steptoe-johnson.com
allison.williams@steptoe-johnson.com
*Counsel for Plaintiff Elizabeth Snider*

Jeffrey W. Moryan, Esq.
Susan Kwiatkowski, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
jmoryan@connellfoley.com
skwiatkowski@connellfoley.com
*Counsel for Sterling Airways, Inc.*

DATED:  February 14, 2017                                                                 /s/ Leigh Woodruff