```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ELIZABETH C. SNIDER, ET, AL.,
                                  :         CIVIL ACTION
                                  :
           v.                     :
                                  :
STERLING AIRWAYS, INC., ET, AL.,  :         NO. 13-2949
```

                                CIVIL JUDGMENT

Before the Honorable J. Curtis Joyner

       AND NOW, this  17TH  day of  FEBRUARY, 2017, in accordance with the verdict rendered,

       IT IS ORDERED that Judgment be and the same is hereby entered in favor of Plaintiffs and Sterling airways, Inc., and against Defendant Continental Motors, Inc.  Plaintiffs are awarded damages in the amount of $2,753,048.49.


                                       BY THE COURT

                                       ATTEST: S/SHARON SCOTT
                                               Sharon Scott
                                               Deputy Clerk


Civ 1 (8/80)