# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH C. SNIDER, Individually  :
and as Executrix of the Estate of  : CIVIL ACTION
DANIEL A. SNIDER, and              :
LEE W. SNIDER, a minor, by his     :
mother, ELIZABETH C. SNIDER        : NO.  13-CV-2949
                                   :
            Plaintiffs             :
                                   :
        vs.                        :
                                   :
STERLING AIRWAYS, INC., and        :
CONTINENTAL MOTORS, INC.,          :
                                   :
            Defendants             :

## ORDER

AND NOW, this     28th     day of June, 2017, upon consideration of the Renewed Motion of Defendant Continental Motors, Inc. For Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b) (Doc. No. 437) and Plaintiffs' Response in Opposition thereto, it is hereby ORDERED that the Motion is DENIED for the reasons articulated in the foregoing Memorandum Opinion.

                                      BY THE COURT:

                                      s/J. Curtis Joyner
                                      J. CURTIS JOYNER,     J.