# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH C. SNIDER, Individually :
and as Executrix of the Estate of : CIVIL ACTION
DANIEL A. SNIDER, and :
LEE W. SNIDER, a minor, by his :
mother, ELIZABETH C. SNIDER : NO. 13-CV-2949
 :
       Plaintiffs :
 :
    vs. :
 :
STERLING AIRWAYS, INC., and :
CONTINENTAL MOTORS, INC., :
 :
       Defendants :

## ORDER

AND NOW, this    29th    day of August, 2017, upon consideration of the Motion of Defendant Continental Motors, Inc. For New Trial and To Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59, it is hereby ORDERED that the Motion for New Trial is DENIED for the reasons outlined in the preceding Memorandum Opinion.

IT IS FURTHER ORDERED that the Motion to Alter or Amend the Judgment is GRANTED and the Judgment issued by this Court on February 17, 2017 and entered on the docket on February 21, 2017 (Doc. No. 409) shall be AMENDED to add the following paragraph:

IT IS FURTHER ORDERED that in view of the Jury's findings and Verdict as aforesaid, the Cross-claims of Defendants Continental Motors, Inc. and Sterling Airways, Inc. against one

another are hereby DISMISSED AS MOOT.

              BY THE COURT:


              <u>s/J. Curtis Joyner</u>
              J. CURTIS JOYNER,  J.