```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ELIZABETH C. SNIDER, Individually  :
and as Executrix of the Estate of  : CIVIL ACTION
DANIEL A. SNIDER, and              :
LEE W. SNIDER, a minor, by his     :
mother, ELIZABETH C. SNIDER        : NO.  13-CV-2949
                                   :
            Plaintiffs             :
                                   :
            vs.                    :
                                   :
STERLING AIRWAYS, INC., and        :
CONTINENTAL MOTORS, INC.,          :
                                   :
            Defendants             :
```

## ORDER

AND NOW, this     7th     day of September, 2017, upon consideration of Plaintiffs' Motion for Delay Damages (Doc. 429) and Defendants' Responses thereto, it is hereby ORDERED that the Motion is GRANTED and Plaintiffs are awarded delay damages pursuant to Pa. R. C. P. 238 against Defendant Continental Motors, Inc. in the amount of $443,550.51 and the Clerk of Court is DIRECTED to mold the verdict entered in this matter on February 16, 2017 accordingly.

                              BY THE COURT:



                              s/J. Curtis Joyner
                              J. CURTIS JOYNER,      J.